06cr899

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 14 2007 ★
BROOKLYN OFFICE

Ordered that copies of this letter be transmitted to AUSA and defense counsel. s/Hon. Allyne R. Ross USDJ 11/15/07

October, 20th, 2007

cc:
Ms. Espino Jiminez

D/F

Honorable Judge: Allyne R. Ross

This letter to you with all respect is to first of all, salute you and then to apologize for what has happened. I made an horrible error, not knowing that it was a crime, If I knew I wouldn't had done it. I am temerous of God and the law. By circumstances, of life I have pass through many situations, in which were hard and sad, just to be able to provide a better living to my family, but I never got involved in any illegal actions.

I know that what I did was wrong, but I didn't noticed until it was too late. Also, I know that the person that makes a crime knowing or not knowing must be punish. By the law and knowing by the Bible, this has helped me accept that this situation is not that unfair like I thought it was. I'm paying for what I did. I am very remorseful for everything, I have suffer so much, more than you may think,

C/M

and much more what my parents and family are suffering right this moment, eventhoogh, they don't understand much, what is going on, because Thanks God, In previous times, I haven't provide any goverment and illegal problems. For my part I promise you, and then the Almighty God, that this will be the first and last time that I will be making a mistake like this.

    Mrs. judge I'm not going to ask you to don't punish me, I'm only going to ask you, to please provide me with another opportunity just one!!

    I know you don't know me, But I'm asking this with all my heart. I will never make an error, In my life. I just want another opportunity to replace all the damage that I have done to my family but not least to myself.

Sincerely,
Zeneida Espino